Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: 702.949.8200
Email: mmccue@lewisroca.com
Email: mzhong@lewisroca.com

*Attorneys for Defendant*
*Vegas Sports Information Network, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ECLIPSE SPORTSWIRE,<br><br>Plaintiff,<br><br>v.<br><br>VEGAS SPORTS INFORMATION NETWORK, LLC,<br><br>Defendant. | Case No.: 2:21-cv-01205-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE ANSWER TO COMPLAINT**<br><br>**(Fourth Request)** |

Plaintiff Eclipse Sportswire ("Plaintiff"), by and through its counsel of record Randazza Legal Group, PLLC, and Defendant Vegas Sports Information Network, LLC ("Defendant"), by and through its counsel of record Lewis Roca Rothgerber Christie LLP, hereby stipulate to extend the time for Defendant to answer or otherwise response to the complaint from October 4, 2021 to November 4, 2021.

1.  Plaintiff filed the complaint on June 25, 2021. On July 9, 2021, Plaintiff served Defendant with the summons and complaint. The original deadline to answer or otherwise respond to the complaint was July 30, 2021. The parties stipulated to three prior extensions of time.

2.  The parties have been engaged in settlement negotiations and are close to agreeing on terms of settlement. Accordingly, the Defendant has requested that the Plaintiff extend the time for answering or otherwise responding to the complaint by another thirty

115670412.1

1  (30) days to enable the parties additional time to settle this case prior to Defendant incurring fees and costs of answering or otherwise responding to the complaint. The Plaintiff has agreed to do so.

4.  Defendant respectfully requests, with the Plaintiff's consent, that the Court extend the deadline for Defendant to answer or otherwise respond to the complaint to November 4, 2021. Defendant believes that this will be the final request for an extension of time to answer or otherwise respond to the complaint.

Dated this 1st day of October, 2021.

RANDAZZA LEGAL GROUP, PLLC

By: /s/ Ronald D. Green
Marc J. Randazza
Ronald D. Green
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tele: 702-420-2001
E-mail: ecf@randazza.com

Attorneys for Plaintiff

Dated this 1st day of October, 2021.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Michael J. McCue
Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Attorneys for Defendant

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 4, 2021

115670412.1

- 2 -