Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: 702.949.8200
Email: mmccue@lewisroca.com
Email: mzhong@lewisroca.com

*Attorneys for Defendant*
*Vegas Sports Information Network, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ECLIPSE SPORTSWIRE,<br><br>    Plaintiff,<br><br>v.<br><br>VEGAS SPORTS INFORMATION NETWORK, LLC,<br><br>    Defendant. | Case No.: 2:21-cv-01205-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) (1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Eclipse Sportswire and Defendant Vegas Sports Information Network, LLC that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

[SIGNATURES ON NEXT PAGE]

/ / /

/ / /

/ / /

/ / /

/ / /

116102635.1

Dated this 3rd day of December, 2021.

RANDAZZA LEGAL GROUP, PLLC

By: /s/ Ronald D. Green
Marc J. Randazza
Ronald D. Green
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tele: 702-420-2001
E-mail: ecf@randazza.com

Attorneys for Plaintiff

Dated this 3rd day of December, 2021.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Michael J. McCue
Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Attorneys for Defendant

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 7th day of December, 2021.

116102635.1